ACCEPTED
14-14-00824-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/9/2015 10:50:17 AM
CHRISTOPHER PRINE
CLERK

# HOGAN & HOGAN

### APPELLATE ADVOCACY AND TRIAL STRATEGY

PENNZOIL PLACE
711 LOUISIANA • SUITE 500
HOUSTON, TEXAS 77002-2721

JENNIFER BRUCH HOGAN
Board Certified • Civil Appellate Law
Texas Board of Legal Specialization

Telephone: (713) 222-8800
Facsimile: (713) 222-8810
www.hoganfirm.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/9/2015 10:50:17 AM
CHRISTOPHER A. PRINE
Clerk

October 9, 2015

*Via TexFile*
Christopher A. Prine, Clerk
Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, Texas 77002

> Re:  No. 14-14-00824-CV; *State Farm Lloyds v. Candelario Fuentes and Maria Fuentes*; in the Fourteenth Court of Appeals, Houston, Texas.

Dear Mr. Prine:

Please note that Jennifer Bruch Hogan will present the oral argument on behalf of Appellees, Candelario Fuentes and Maria Fuentes.  The oral argument is set for Wednesday, October 21, 2015, at 10:30 a.m.

All counsel are being notified by electronic service.  Thank you for your assistance.

Sincerely,

*/s/ Jennifer Bruch Hogan*
Jennifer Bruch Hogan
Attorney for Appellees
Candelario Fuentes and Maria Fuentes

JBH/jlc

48184_1

October 9, 2015
Christopher A. Prine, Clerk
Fourteenth Court of Appeals
Page 2


c:

Katherine Armstrong
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
*Via TexFile*

David V. Jones
Benjamin G. Kemble
Edward J. Batis, Jr.
JONES, ANDREWS & ORTIZ, P.C.
10100 Reunion Place, Suite 600
San Antonio, Texas 78216
*Via TexFile*

J. Steve Mostyn
Andrew P. Taylor
THE MOSTYN LAW FIRM
3810 W. Alabama
Houston, Texas 77027
*Via TexFile*

Mitchell A. Toups
Hart Green
WELLER, GREEN, TOUPS & TERRELL, L.L.P.,
P.O. Box 350
Beaumont, Texas 77704
*Via TexFile*

48184_1